IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ATHOME CARE, INC., an Idaho corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, a North Dakota corporation,<br><br>　　　　　　　Defendant. | Case No.  1:12-cv-00053-BLW<br><br>**ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER** |

　　　　BASED UPON written stipulation and good cause appearing therefore,

　　　　IT IS ORDERED that the Stipulation for Protective Order (Dkt. 22) is ADOPTED by the Court.

　　　　IT IS FURTHER ORDERED that The Evangelical Lutheran Good Samaritan Society's and AtHome Care, Inc.'s confidential business information and documents will be deemed "Confidential Information" per the terms of the Stipulation for Protective Order on file with the Court.

　　　　IT IS FURTHER ORDERED that this Order shall be governed by the terms of the Stipulation for Protective Order.

DATED: October 10, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court